```
 1  PHILLIP A. TALBERT                    SEALED              FILED
    United States Attorney
 2  Grant B. Rabenn                                         DEC 09 2016
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401                     CLERK, U.S. DISTRICT COURT
    Fresno, California 93721                           EASTERN DISTRICT OF CALIFORNIA
 4  Telephone: (559) 497-4000                          BY_____
    Facsimile: (559) 497-4099                                    DEPUTY CLERK
 5
    Attorneys for the
 6  United States of America

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9                EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF:            )  CASE NO. 1:16 MJ 0 0 16 1 SAB
                                 )
12  UNITED STATES,               )  UNDER SEAL
                                 )
13              Plaintiff,       )  APPLICATION TO SEAL
                                 )
14  v.                           )
                                 )
15  EMIL BABADJOV,               )
                                 )
16              Defendant.       )
                                 )
17                               )
    _____)
18
```

The United States of America hereby applies to this Court for an order permitting it to file the Affidavit and Application, in the above-captioned proceeding under seal until further order of the Court. In addition, it applies for this Application, Memorandum, the attached Declaration of Grant B. Rabenn, and the (proposed) Order to likewise be filed under seal (collectively, the "Papers").

///
///
///
///
///

1

MEMORANDUM OF LAW

In its application, the United States has asked this Court to seal the Papers. The Ninth Circuit has held that federal district courts have the inherent power to seal affidavits in appropriate circumstances, Offices of Lakeside Non-Ferrous Metals, Inc. v. United States, 679 F.2d 779 (9th Cir. 1982); United States v. Agosto, 600 F.2d 1256 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure of the affidavit would disclose facts which would interfere with an ongoing criminal investigation. Shea v. Gabriel, 520 F.2d 879 (1st Cir. 1979).

In the present case, as is set forth in the attached Declaration of Grant B. Rabenn, the disclosure of the affidavit would disclose to the defendant information that could lead to him concealing, destroying or damaging evidence prior to or after the execution of the arrest warrants. Further, because the investigation will be continuing during and after the execution of the arrest warrant, the government requests that the Papers be sealed for a period of 90 days or until further order of this court. Accordingly, the government requests this court to enter an order sealing the Papers for 90 days or until further order of the court.

DATED: December 8, 2016

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

BY: /s/ Grant B. Rabenn
GRANT B. RABENN
Assistant U.S. Attorney

2

DECLARATION OF GRANT B. RABENN

I, Grant B. Rabenn, hereby declare and state as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California. I am the attorney assigned to work on the complaint in this case. I reviewed and approved the application and affidavit.

2. The government respectfully requests that this court order the application and affidavit in this case be kept secret and under seal until further order of this court. This request is made so that the defendant may not conceal, damage or destroy such evidence prior to or after the execution of the arrest warrants, and also to protect the safety of law enforcement officers during the execution of the arrest warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Fresno, California on December 8, 2016.

/s/ Grant B. Rabenn
GRANT B. RABENN
ASSISTANT U.S. ATTORNEY