PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED
DEC 09 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 1:16 MJ 0 0 16 1 SAB |
| UNITED STATES, | **UNDER SEAL** |
| Plaintiff, | SEALING ORDER |
| v. | |
| EMIL BABADJOV | |
| Defendants. | |

The United States of America, having applied to this Court, for an Order permitting it to file the Complaint, Application and Affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the Warrant, Application and Affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed for 90 days or until further order of this Court.

DATED: 12/9/2016

HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

1