PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
DEC 15 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-000161-SAB |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL COMPLAINT |
| v. | |
| EMIL VLADIMIROV BABADJOV, | |
| Defendant. | |

    The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the complaint under seal as the defendant has been charged under an indictment.

    Based on the foregoing, the United States respectfully requests that the complaint be unsealed and made public record.

Dated: December 14, 2016

PHILLIP A. TALBERT
United States Attorney

/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney