FILED

DEC 15 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
       DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>       v.<br><br>EMIL VLADIMIROV BABADJOV,<br><br>              Defendant. | CASE NO. 1: 16 CR 00204 LJO SKO<br><br>VIOLATIONS:<br>21 U.S.C. § 841(a)(1) & 841(b)(1)(C) – Distribution of a Controlled Substance; and 21 U.S.C. § 853 – Criminal Forfeiture. |

I N D I C T M E N T

COUNT ONE:   [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) – Distribution of a Controlled Substance]

The Grand Jury charges:

EMIL VLADIMIROV BABADJOV,

defendant herein, as follows:

From on or about October 19, 2016 through October 25, 2016, in the County of Fresno, within the State and Eastern District of California, and elsewhere, defendant EMIL VLADIMIROV BABADJOV did knowingly and intentionally distribute a controlled substance, to wit: heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

INDICTMENT

1

1 | <u>FORFEITURE ALLEGATION:</u>      [21 U.S.C. §853(a) – Criminal Forfeiture]

2    The Grand Jury further alleges THAT:

3    The allegations set forth in the above Indictment are incorporated by reference as though fully

4 set forth herein for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

5    Pursuant to 21 U.S.C. § 853, and upon conviction of one or more of the offenses alleged in this

6

7 Indictment, any property, real or personal, that constitutes, or is derived from, or is traceable to the

8 proceeds obtained directly or indirectly from the commission of the criminal conduct, or scheme, or

9 conspiracy alleged in this Indictment; or that is used or is intended to be used to facilitate or used

10 commit the criminal conduct, or scheme, or conspiracy alleged in this Indictment; or is involved in or

11 intended to be involved in the criminal conduct, or scheme, or conspiracy alleged in this Indictment; or

12 any property traceable to such property, shall be forfeited to the United States.

13    Pursuant to 21 U.S.C. § 853, if any property subject to forfeiture, as a result of any act or

14

15 omission of defendant(s) or agents of defendant(s) or upon direction by the defendant(s):

16        a.   cannot be located upon the exercise of due diligence;

17        b.   has been transferred or sold to, or deposited with, a third party;

18        c.   has been placed beyond the jurisdiction of the court;

19        d.   has been substantially diminished in value; or

20        e.   has been commingled with other property which cannot be divided without difficulty,

21

22 the United States of America shall be entitled to forfeiture of any other property of the defendants, up to

23 the value of the property subject to forfeiture, including but not limited to a personal forfeiture money

24 judgment, pursuant to Title 21, United States Code, Section 853(p).

25

26                              A TRUE BILL.

27                              /s/ Signature on file w/AUSA
                              _____
                              FOREPERSON
28

INDICTMENT                          2

1  PHILLIP A. TALBERT
   United States Attorney
2

3  **KIRK E. SHERRIFF**

   By: _____
4  KIRK E. SHERRIFF
5  Assistant United States Attorney
   Chief, Fresno Division
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                3