No. _____

**FILED**
DEC 15 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

1: 1 6 CR · 0 0 2 0 4 LJO SKO

### THE UNITED STATES OF AMERICA
vs.
### EMIL VLADIMIROV BABADJOV

### I N D I C T M E N T

**VIOLATION(S):**  21 U.S.C. § 841(a)(1) & 841(b)(1)(C)- Distribution of a Controlled Substance; and 21 U.S.C. § 853- Criminal Forfeiture

A true bill,

/S/
———— Foreman.

Filed in open court this _____ day

of _____, A.D. 20 \_\_\_\_\_

———— Clerk.

Bail, $ \_\_\_ **AS PREVIOUSLY SET**

AO 257 (Rev. 9/92)

☐ YES: SAB conflict in USAO (before 01/01/13)   ☐ YES: SKO conflict in USAO (Before 4/12/10)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY:  ☐ COMPLAINT   ☐ INFORMATION   ■ INDICTMENT
     ☐ SUPERSEDING: Case No.

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EDCA**

**OFFENSE CHARGED**

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: **FRESNO COUNTY**

U.S.C. Citation: Please see Indictment

DEFENDANT -- U.S. vs.
▶ **EMIL VLADIMIROV BABADJOV**

Address

1:16 CR 00204 LJO SKO

Birth Date

■ Male   ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**DEA- John Rabaut**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

■ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.
▶ 1:16-MJ-161-SAB

Name and Office of Person Furnishing Information on THIS FORM
**MICHELLE HOLLIDAY**

■ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   **GRANT B. RABENN**

✓ ☐ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
     If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☒ State
     If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   ■ No
If "Yes," give date filed   Mo. Day Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal
     Mo. Day Year
DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

Arrested in San Francisco, IA was December 14, 2016- will be transferred to EDCA.

_____
AUSA INITIALS

## PENALTY SLIP

1: 1 6 CR · 0 0 2 0 4 LJO SKO

**DEFENDANT:** EMIL VLADIMIROV BABADJOV

**COUNT ONE:**

    **VIOLATION:** 21 U.S.C. § 841(a) (1) and 841 (b)(1)(C)
                        Distribution of a Controlled Substance

    **PENALTY:** Up to 20 years maximum Imprisonment
                        $1 Million Fine
                        $100 Special Assessment
                        Mandatory 3 years Supervised Release

**FORFEITURE ALLEGATION:**

VIOLATION: 21 U.S.C. § 853- Criminal Forfeiture

PENALTIES: As stated in the charging document