AO 442 (Rev. 11/11) Arrest Warrant

**UNSEALED**

**ORIGINAL FILED**

DEC 30 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>EMIL BABADJOV.<br><br>*Defendant* | Case No.<br><br>**1: 16 MJ 0 0 16 1 SAB** |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   EMIL BABADJOV,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution and Possession with Intent to Distribute a Controlled Substance (Heroin), in violation of Title 21 U.S.C. Sec. 841(a)(1) & (b)(1)(C).

Date: 12/9/2016

*Issuing officer's signature*

City and state:   Fresno, California         Hon. Stanley A. Boone, U.S. Magistrate Judge
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12-9-2016, and the person was arrested on *(date)* 12-14-2016
at *(city and state)* San Francisco, CA.

Date: 12-30-2016
                                           SA Rabu, DEA
                                           *Arresting officer's signature*

                                           *Printed name and title*

10219691