UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

1:16-mj-00161-SAB

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

January 4, 2017

Clerk of the United States District Court
Eastern District of California
2500 Tulare Street, #1501
Fresno, CA 93721

FILED
JAN 06 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Case Name:    USA v. Babadjov
Case Number:  16-mj-71647-MAG-1
Charges:      21:841(a)(1) and (b)(1)(C) - Distribution and Possession with Intent to Distribute Heroin

Dear Clerk:

 The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Maria-Elena James. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X)   The defendant has a court appearance in your court on : 1/20/2017 at 2:00 pm

Enclosed are the following documents:

(X)   Original Rule 5 affidavit
(X)   Original minute orders
(X)   Certified copy of AO 94, *Commitment to Another District*
(X)   Other miscellaneous documents

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Susan Y. Soong, Clerk

By: _____
Mark Jenkins, Case Systems Administrator
415-522-2000

-------------------------------------------------------------------------------------------------

Receipt of the above-described documents is acknowledged herewith and assigned case number: _____.

Date: _____

By: _____
        Deputy Clerk

CAND-ECF                                                                  https://ecf.cand.circ9.dcn/cgi-bin/DktRpt.pl?224525606820512-L_1_0-1

Case 1:16-cr-00204-LJO-SKO Document 11 Filed 01/06/17 Page 3 of 15
Case 1:16-mj-00161-SAB Document 9 Filed 01/06/17 Page 3 of 15

CLOSED,E-Filing

# U.S. District Court
# California Northern District (San Francisco)
# CRIMINAL DOCKET FOR CASE #: 3:16-mj-71647-MAG All Defendants
# Internal Use Only

Case title: USA v. Babadjov
Other court case number: 7:16-mj-00161 SAB Eastern District of California

Date Filed: 12/14/2016
Date Terminated: 01/03/2017

Assigned to: Magistrate Judge

**Defendant (1)**

**Emil Babadjov**
*TERMINATED: 01/03/2017*

represented by **Joanna Ruth Privratsky Sheridan**
Law Office of Douglas Rappaport
260 California Street, Suite 1002
San Francisco, CA 94111
415-989-7900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**                                  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                               **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                       **Disposition**
21:841(a)(1)&(b)(1)(C) - Distribution and
Possession with Intent to Distribute Heroin

**Plaintiff**

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Northern District of California.
Date Filed: 1-3-17
SUSAN Y. SOONG, Clerk
By: _____, Deputy Clerk
MARK J. JENKINS

| | | |
|---|---|---|
| USA | represented by | **Rita Lin**<br>U.S. Attorney's Office<br>Northern District of California<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br>415-436-6511<br>Email: rita.lin@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2016 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Emil Babadjov (1). (mjj2S, COURT STAFF) (Filed on 12/14/2016) (Entered: 12/14/2016) |
| 12/14/2016 | | CASE DESIGNATED for Electronic Filing. (mjj2S, COURT STAFF) (Filed on 12/14/2016) (Entered: 12/14/2016) |
| 12/14/2016 | | Arrest of Emil Babadjov in Northern District of California. (mjj2S, COURT STAFF) (Filed on 12/14/2016) (Entered: 12/14/2016) |
| 12/14/2016 | 2 | Minute Entry for proceedings held before Judge Magistrate Judge Jacqueline Scott Corley: Initial Appearance as to Emil Babadjov held on 12/16/2016, Galia Amram special appear. Attorney Appointment Hearing/submit financial affidavit set for 12/16/2016 09:30 AM before Magistrate Judge Jacqueline Scott Corley. Detention Hearing set for 12/16/2016 09:30 AM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge Jacqueline Scott Corley. Defendant remanded to custody.FTR Time 9:49-9:55. (lskS, COURT STAFF) (Filed on 12/14/2016) Modified on 12/16/2016 (mjj2S, COURT STAFF). (Entered: 12/16/2016) |
| 12/16/2016 | 3 | Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Detention Hearing as to Emil Babadjov held on 12/16/2016; Added attorney Joanna Ruth Privratsky for Emil Babadjov. Defendant ordered to appear in Eastern District of California on 1/30/2017 at 2:00 pm. Issued Appearance Bond. Bond Hearing for modification of bond set for 12/22/2016 09:30 AM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge Jacqueline Scott Corley. FTR Time 12:45-1:13. Pretrial Officer: Katrina Chu. Defendant Present: Yes. Defendant in Custody: Yes. (mjj2S, COURT STAFF) (Filed on 12/16/2016) (Entered: 12/16/2016) |
| 12/16/2016 | 4 | **ORDER Setting Conditions of Release: Unsecured Bond Entered as to Emil Babadjov in amount of $200,000. Signed by Judge Magistrate Judge Jacqueline Scott Corley on 12/16/2016. (mjj2S, COURT STAFF) (Filed on 12/16/2016) (Entered: 12/16/2016)** |
| 12/16/2016 | 5 | **Stipulated ORDER Excluding Time Under the Speedy Trial Act from 12/16/2016 to 1/30/2016 as to Emil Babadjov. Signed by Judge Magistrate Judge Jacqueline Scott Corley on 12/16/2016. (mjj2S, COURT STAFF) (Filed on 12/16/2016) (Entered: 12/16/2016)** |

CAND-ECF     https://ecf.cand.circ9.dcn/cgi-bin/DktRpt.pl?224525606820512-L_1_0-1

Case 1:16-cr-00204-LJO-SKO Document 11 Filed 01/06/17 Page 5 of 15
Case 3:16-mj-00161-SAB Document 9 Filed 01/06/17 Page 5 of 15

| | | |
|---|---|---|
| 12/16/2016 | 6 | **ORDER Requiring Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to Emil Babadjov. Date of appearance is 1/30/2017, 2:00 pm. Signed by Judge Magistrate Judge Jacqueline Scott Corley on 12/16/2016. (mjj2S, COURT STAFF) (Filed on 12/16/2016) (Entered: 12/16/2016)** |
| 12/22/2016 | 7 | Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Bond Hearing as to Emil Babadjov held on 12/22/2016; The defendant's motion is also on the property deed; therefore, she is added as a surety on the bond. Defense counsel shall notify the Court when the mother can be admonished and sign onto the bond. FTR Time 11:53-12:00. Pretrial Officer: Denise Mancia. Defendant Present: Yes. Defendant in Custody: No. (mjj2S, COURT STAFF) (Filed on 12/22/2016) (Entered: 12/22/2016) |
| 01/03/2017 | | Set/Reset Hearing as to Defendant Emil Babadjov Preliminary Revocation Hearing set for 1/3/2017 09:30 AM in Courtroom B, 15th Floor, San Francisco before Magistrate Judge Maria-Elena James. (rmm2S, COURT STAFF) (Filed on 1/3/2017) (Entered: 01/03/2017) |
| 01/03/2017 | 8 | Minute Entry for proceedings held before Magistrate Judge Maria-Elena James: Initial Appearance re Revocation of Pretrial Release as to Emil Babadjov held on 1/3/2017; Court ORDERED defendant detained and remanded into custody and returned to the Eastern District of California forthwith. FTR Time 10:00-10:08. Pretrial Officer: Katrina Chu. Defendant Present: Yes. Defendant in Custody: No. (mjj2S, COURT STAFF) (Filed on 1/3/2017) (Entered: 01/04/2017) |
| 01/03/2017 | 9 | **COMMITMENT TO ANOTHER DISTRICT as to Emil Babadjov. Defendant committed to the Eastern District of California. The defendant will retain an attorney. Signed by Judge Magistrate Judge Maria-Elena James on 1/3/2017. (mjj2S, COURT STAFF) (Filed on 1/3/2017) (Entered: 01/04/2017)** |
| 01/03/2017 | 10 | CLERK'S NOTICE - Rule 5 Documents forwarded to Eastern District of California via USPS as to Emil Babadjov (mjj2S, COURT STAFF) (Filed on 1/3/2017) (Entered: 01/04/2017) |
| 01/03/2017 | 🔒 | (Court only) ***Terminated defendant Emil Babadjov, pending deadlines, and motions., ***Case Terminated as to Emil Babadjov (mjj2S, COURT STAFF) (Filed on 1/3/2017) (Entered: 01/04/2017) |

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

**FILED**
JAN 3 - 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| EMIL BABADJOV | ) Case No. 3:16-MJ-71647 mag-1 |
| | ) |
| | ) Charging District's |
| Defendant | ) Case No. 7:16-mj-00161 SAB |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Eastern** District of **California**,
(*if applicable*) **Criminal Duty Judge** division. The defendant may need an interpreter for this language:
**No Interpreter Needed**.

The defendant:  ☒ will retain an attorney.
  ☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 01/03/2017

*Judge's signature*

Maria-Elena James, U.S. Magistrate Judge
*Printed name and title*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California
By_____
Deputy Clerk
Date 1-3-17
**MARK J. JENKINS**

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 8 mins. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Rose Maher | **REPORTER/FTR** FTR: 10:00 - 10:08 | |
| MAGISTRATE JUDGE MARIA-ELENA JAMES | DATE 1/3/2017 | NEW CASE ☐ | CASE NUMBER 3:16-mj-1647 MAG-1 71647 |

### APPEARANCES

| DEFENDANT Emil Babadjov | AGE 32 | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Joanna Privratsky Sheridan | PD. ☐ RET. ☒ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Rita Lin | INTERPRETER None Needed | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Katrina Chu | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☒ IA REV PROB. or or S/R Held | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF Eastern District of California - charging district Case No. 7:16-mj-00161 SAB

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Both Govt./Pretrial Services recommending Def. to be remanded into custody. Argument heard. Court ORDERED defendant detained and remanded into custody and returned to the Eastern District of California forthwith.

DOCUMENT NUMBER: 9-MJ

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 07 minutes | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ada Means | | REPORTER/FTR<br>11;53-12:00 | | |
| MAGISTRATE JUDGE<br>Jacqueline Scott Corley | DATE<br>December 22, 2016 | | NEW CASE<br>☐ | CASE NUMBER<br>3-16-71647 MAG | |
| **APPEARANCES** | | | | | |
| DEFENDANT<br>Emil Babadjov | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joanna Privratsky | PD. ☐ RET. ☒<br>APPT. ☐ |
| U.S. ATTORNEY<br>Katherine Wawrzyniak for Rita Lin | INTERPRETER<br>Not required | | ☐ | FIN. AFFT<br>SUBMITTED ☐ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Denise Mancia | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>7 mins | | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | |
| **ARRAIGNMENT** | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | |
| **RELEASE** | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | |
| **PLEA** | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | | OTHER: | |
| **CONTINUANCE** | | | | | |
| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The defendant's mother is also on the property deed; therefore, she is added as a surety on the bond. Defense counsel shall notify the Court when the mother can be admonished and sign onto the bond.
CC: JSC

DOCUMENT NUMBER: 7-MJJ

**FILED**

**DEC 16 2016**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America | Case No. 16-mj-71647-MAG-1 (JSC) |
|---|---|
| v. | Charging District: Eastern District of California |
| EMIL BABADJOV, | |
| Defendant. | Charging District's Case No.: 1:16MJ 00160-1-SAB |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: 2500 Tulare St #1501, | Courtroom No.: |
|---|---|
| Fresno, CA 93721 | Date and Time: January 30, 2017 at 2:00 p.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: December 16, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California
By _____
Deputy Clerk
Date 1-3-17

MARK J. JENKINS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| United States of America, | ) | Case No. CR 16 - 71647 JSC |
|---|---|---|
| Plaintiff, | ) | STIPULATED ORDER EXCLUDING TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT |
| Emil Babadjov, | ) | |
| Defendant. | ) | |

FILED
DEC 16 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on __Dec. 16__, 2016, the Court excludes time under the Speedy Trial Act from __Dec. 16__, 2016 to __Jan. 30__, 2017 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____ Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____ The case is so unusual or so complex, due to [*check applicable reasons*] ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__✓__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 12-16-16

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

STIPULATED: _____   _____
Attorney for Defendant            Assistant United States Attorney

5-mjr

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITONS OF RELEASE AND APPEARRNCE BOND | DATE 12-16-16 | CASE NUMBER 16-mj-71647 MAG ~~16-CR-00204~~ |
|---|---|---|---|
| NAME OF DEFENDANT Emil Babadjov | | ADDRESS OF DEFENDANT 1868 Greenwich St., SF, 94123 | TELEPHONE NUMBER |
| NAME OF SURETY ~~& MARIANA~~ Vladimir Babadzhov | RELATIONSHIP TO DEFENDANT BABADJOV | ADDRESS OF SURETY 1868 Greenwich St. SF, CA 94123 | TELEPHONE NUMBER |
| NAME OF CUSTODIAN Vladimir Babadzhov | RELATIONSHIP TO DEFENDANT Father | ADDRESS OF CUSTODIAN 1868 Greenwich St. SF, CA 94123 | TELEPHONE NUMBER (818) 888-4374 |
| AMOUNT OF BOND $200,000 | ☒ UNSECURED ☒ SECURED BY $ | ☐ DEPOSIT RECEIVED RECEIVED FROM: | OTHER SECURITY POSTED 1868 Greenwich St TO BE POSTED BY: | TIME/DATE NEXT APPEARANCE Jan. 9 at 2pm Fresno | COURTROOM/JUDGE |

**CONDITIONS OF RELEASE AND APPEARANCE**

Defendant is subject to each condition checked.

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant shall not travel outside the Northern District of California, that is, these counties; Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side. *and Eastern District of California*
☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in _____. See addresses and telephone numbers on reverse side.
☒ Defendant shall surrender all passports and visas to Pretrial Services by *(passport is expired and lost)* and shall not apply for any passports or other travel documents.
☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon. *1868 Greenwich St., SF, CA 94123*
☒ Defendant shall remain in the custody of custodian *Vladimir Babadzhov or Henry Ohloff House, Steiner St, SF* who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
☒ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
☒ Defendant shall not use alcohol ~~to excess~~ and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ The Defendant shall maintain current verifiable employment, or if unemployed, the defendant shall seek employment or commence an educational program as directed by Pretrial Services.
☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
☐ Defendant shall have no contact with any co-defendant out of the presence of counsel.
☒ Defendant shall not change residence without prior approval of Pretrial Services.
☐ Defendant shall comply with the following curfew: _____ to _____.
☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _____
☒ Defendant must ☐ reside in Halfway House _____ ☒ participate in Residential Treatment *Henry Ohloff House*
☒ The following conditions also apply: *no computers or ~~our~~ Internet access without further order of the Court.*

FILED
DEC 16 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

**CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE**

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for commiting an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF DEFENDANT [signature]
SIGNATURE OF SURETY(ies) [signature]
SIGNATURE OF CUSTODIAN [signature] V Babadjov
SIGNATURE OF MAGISTRATE JUDGE [signature] Jacqueline Scott Corley, United States Magistrate Judge 12/16/16

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY.

1-CLERK OF COURT-WHITE COPY

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 28 minutes | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ada Means | REPORTER/FTR<br>12:45-1:13 | |
| MAGISTRATE JUDGE<br>Jacqueline Scott Corley | DATE<br>December 16, 2016 | NEW CASE ☐ | CASE NUMBER<br>3-16-71647-JSC |

### APPEARANCES

| DEFENDANT<br>Emil Babadjov | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joanna Sheridan | PD. ☐ RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Rita Lin | INTERPRETER<br>Not Required | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Katrina Chu | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☒ DETENTION HRG<br>28 minutes | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 200,000.00/PR | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>December 22, 2016 | ☐ ATTY APPT HEARING | ☒ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>Corley | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant ordered to appear in EDCA on 1/30/2017 at 2:00 p.m. The matter is continued to 12/22/2016 for modification of bond.
CC: JSC

DOCUMENT NUMBER: 3-MJV

| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 06 minutes | | |
|---|---|---|---|---|---|---|---|
| MAGISTRATE JUDGE MINUTE ORDER | | DEPUTY CLERK Ada Means | | | REPORTER/FTR 9:49-9:55 | | |
| MAGISTRATE JUDGE Jacqueline Scott Corley | | DATE December 14, 2016 | | | NEW CASE ☐ | CASE NUMBER 3-16-71647-JSC | |

### APPEARANCES

| DEFENDANT Emil Babadjov | AGE 31 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Galia Amram - Special Appearance | | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY Rita Lin | | INTERPRETER Not required | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 6 mins | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: December 16, 2016 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Corley | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

CC: JSC

DOCUMENT NUMBER:

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  RITA F. LIN (CABN 236220)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6511
7      FAX: (415) 436-7234
       Rita.Lin@usdoj.gov
8
   Attorneys for United States of America
9

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 3 16-71647 |
|---|---|
|     Plaintiff, | ) NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| EMIL BABADJOV, | |
|     Defendant. | |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 14, 2016, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon a Criminal Complaint pending in the Eastern District of California, Case No. 7:16-mj-00161 SAB.

    In that case, the defendant is charged with Distribution and Possession with Intent to Distribute Heroin in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

                                          Respectfully Submitted,
                                          BRIAN J. STRETCH
                                          UNITED STATES ATTORNEY

Date: 12/14/16

                                          RITA F. LIN
                                          Assistant U.S. Attorney

FILED 2016 DEC 14 A 9:10 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NO. DIST. OF CA.

**SEALED** **COPY**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**ISSUED**

United States of America
v.
EMIL BABADJOV.

*Defendant*

Case No. 1: 16 MJ 0 0 16 1 SAB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* EMIL BABADJOV, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution and Possession with Intent to Distribute a Controlled Substance (Heroin), in violation of Title 21 U.S.C. Sec. 841(a)(1) & (b)(1)(C).

Date: 2/9/2016

*Issuing officer's signature*

City and state: Fresno, California

Hon. Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____   *Arresting officer's signature* |
| *Printed name and title* |