FILED

JAN -9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number:  ~~16 MJ 00161 SAB~~

16 CR 00204 LJO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Emil  Babadjov
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date:  1 - 9 - 17

Signature

Joanna Sheridan
Print Name

260090
State Bar Number

2600 California Street, Suite 1002
Address

San Francisco  CA  94111
City                           Zip Code

(415) 989-7900
Phone Number

admin @ sfcrimlaw.com
E-Mail Address

☐ Appointed
☒ Retained