



**FILED**
APR 1 1 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1:16-cr-204-LJO-SKO

To: Hon. Sheila K. Oberto, U.S. Magistrate Judge
Joanna P. Sheridan, Attorney for Defendant Emil Babadjov

From: Grant B. Rabenn
Assistant U.S Attorney

cc: Pretrial Services

Subject: U.S. v. Emil Babadjov

Date: April 11, 2017

Dear Hon. Judge Oberto and Ms. Sheridan –

I have reviewed the documents submitted by defense counsel for defendant Emil Babadjov in support of the proposed property bond. The defendant appears to have submitted documents that comply with the court's requirements and that provide security in the amount set by the court.

Sincerely

/s/ Grant B. Rabenn
Grant B. Rabenn
Assistant U.S. Attorney