


UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

MAY 0 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**PRETRIAL SERVICES VIOLATION PETITION**

UNITED STATES OF AMERICA,
v.
Emil Vladimirov Babadjov

Docket No. 1:16-CR-00204-LJO-SKO-1
Federal Charges: 21 USC 841(a)(1)-Distribution and Possession with Intent to Distribute a Controlled Substance

**COMES NOW,** Dan Stark, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Emil Vladimirov Babadjov, who was placed on bond by the Honorable Sheila K. Oberto sitting in the Court at Fresno, California, on April 3, 2017, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** The defendant shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner.

**ALLEGED VIOLATION CONDUCT:** On April 29, 2017, the defendant submitted a drug test which was positive for use of heroin and the defendant admitted to use of heroin on April 29, 2017.

**PRAYING THAT THE COURT WILL ORDER** a bench warrant issued for the arrest of the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dan Stark
U.S. Pretrial Services Officer

Dated: May 1, 2017

**ORDER**

- ☒ The Court hereby orders a bench warrant be issued for the arrest of the defendant
- ☐ The Court hereby orders this ex parte motion and order be sealed.
- ☐ The Court orders a summons be issued with an appearance date of _____ .
- ☐ The Court hereby orders this matter placed on this court's calendar on at p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
- ☐ The Court orders no action be taken.
- ☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE

Dated: May 1, 2017