# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAY 0 1 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>v.<br>Emil Vladimirov Babadjov<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:16-cr-00204-LJO-SKO |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Emil Vladimirov Babadjov,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 3148 - Violation of Pretrial Release

Date: 05/01/2017

*Issuing officer's signature*

City and state: Fresno, CA

C. Marrujo, Operations Specialist
*Printed name and title*

### Return

This warrant was received on *(date)* 5-1-17, and the person was arrested on *(date)* 5-1-17
at *(city and state)* Fresno, CA.

Date: 5-1-2017

DUSM Drayton
*Arresting officer's signature*

*Printed name and title*