PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00204-LJO-SKO |
| Plaintiff, | MOTION TO EXONERATE BOND AND PROPOSED ORDER |
| v. | |
| EMIL BABADJOV, | |
| Defendant. | |

The United States, through Assistant U.S. Attorney Grant B. Rabenn, hereby moves the Court to exonerate the bond posted by the defendant. On April 4, 2017, U.S. Magistrate Judge Sheila K. Oberto ordered the release of the above-captioned defendant on a $500,000 equity bond posted by the defendant's parents. *See* Docket Nos. 16-19. On May 2, 2017, the defendant appeared before U.S Magistrate Judge Stanley A. Boone for violating his terms of pretrial release. *See* Docket No. 24. During that hearing, the defendant admitted that he had violated his terms of pretrial release and the Court ordered that the United States submit an order addressing the bond posted by the defendant's parents. Further, the Court ordered the defendant detained.

///

///

///

///

The United States does not seek to forfeit the bond posted by the defendant's parents. As such, the United States hereby moves to exonerate the bond posted by the defendant's parents.

Dated: June 5, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ GRANT B. RABENN
GRANT B. RABENN
Assistant United States Attorney

IT IS SO ORDERED.

Dated: This ___ day of June, 2017

_____
United States Magistrate Judge