# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMIL VLADIMIROV BABADJOV,<br><br>Defendant. | Case No. 1:16-cr-00204-LJO-SKO<br><br>ORDER GRANTING MOTION TO EXONERATE BOND AND DIRECTING THE CLERK TO RECONVEY THE REAL PROPERTY BACK TO PROPERTY OWNER<br><br>(ECF No. 25) |

On June 7, 2017, the Government filed a motion to exonerate the bond posted for Defendant Babadjov. Accordingly, IT IS HEREBY ORDERED that the motion to exonerate the bond is GRANTED. The equity bond of $500,000.00 is EXONERATED. The Clerk shall reconvey and return the real property located at Haines Canyon Avenue, Tujunga, California, deed no. 2017-0377402, back to Vladimir Babdzhov and Mariana Badadjov.

IT IS SO ORDERED.

Dated: **June 13, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1