DOUGLAS L. RAPPAPORT (CSBN 136194)
JOANNA P. SHERIDAN (CSBN 260090)
Law Offices of Douglas L. Rapppaport
260 California Street, Suite 1002
San Francisco, CA 94111
415-989-7900
admin@sfcrimlaw.com

Attorney for Defendant
EMIL BABADJOV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 16-CR-00204 LJO SKO |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE DATE |
| v. | ) ) | |
| EMIL VLADIMIROV BABADJOV | ) ) | **Current Hearing Date:** August 21, 2017<br>Time: 1:00 pm |
| Defendants. | ) ) | Judge: Mag. Oberto |
| | ) ) | **Proposed Hearing Date:** September 5, 2017<br>Time: 1:00 pm |

The parties hereby agree and stipulate that the status conference date, currently set for August 21, 2017, may be continued to September 5, 2017 at 1:00 p.m. for a status conference before Magistrate Judge Oberto. Mr. Babadjov is in custody.

The parties request a continuance of the status date to facilitate further negotiations and resolution of factual issues. The parties represent that good cause exists for the filing of this request today, because despite its best efforts, the government was working on a large indictment this week and was unable to request a continuance by this Thursday.

\\

\\

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE 16-CR-00204-LJO-SKO