DOUGLAS L. RAPPAPORT (CSBN 136194)
JOANNA P. SHERIDAN (CSBN 260090)
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, CA 94111
415-989-7900
admin@sfcrimlaw.com

Attorney for Defendant
EMIL BABADJOV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 16-CR-00204 LJO SKO | |
| ) | | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER | |
| ) | CONTINUING STATUS CONFERENCE | |
| v. ) | DATE | |
| ) | | |
| EMIL VLADIMIROV BABADJOV ) | **Current Hearing Date:** | **August 21, 2017** |
| ) | Time: | 1:00 pm |
| ) | Judge: | Mag. Oberto |
| Defendants. ) | | |
| ) | | |
| _____ ) | **Proposed Hearing Date:** | **September 5, 2017** |
| | Time: | 1:00 pm |

The parties hereby agree and stipulate that the status conference date, currently set for August 21, 2017, may be continued to September 5, 2017 at 1:00 p.m. for a status conference before Magistrate Judge Oberto.  Mr. Babadjov is in custody.

   The parties request a continuance of the status date to facilitate further negotiations and resolution of factual issues. The parties represent that good cause exists for the filing of this request today, because despite its best efforts, the government was working on a large indictment this week and was unable to request a continuance by this Thursday.

\\

\\

The parties stipulate and agree that the ends of justice served by granting an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)

IT IS SO STIPULATED.

Dated:   August 18, 2017                              _____/s/ _____
                                                                               JOANNA P. SHERIDAN
                                                                               Attorney for Defendant Emil Babadjov

                                                                               PHILLIP A. TALBERT
                                                                               United States Attorney

Dated:   August 18, 2017                              _____/s/_____
                                                                               GRANT B. RABENN
                                                                               Assistant United States Attorney

[PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the date for status conference in this matter is re-set for September 5, 2017, at 1:00 p.m. before Magistrate Judge Oberto, and that the time from the date of this Order through September 5, 2017, shall be excluded from any calculations under 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                             HON. SHEILA K. OBERTO
                                                                             United States Magistrate Judge

--