DOUGLAS L. RAPPAPORT (CSBN 136194)
JOANNA P. SHERIDAN (CSBN 260090)
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, CA 94111
415-989-7900
admin@sfcrimlaw.com

Attorney for Defendant
EMIL BABADJOV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 16-CR-00204 LJO SKO | |
| ) | | |
| Plaintiff, ) | STIPULATION AND ORDER | |
| ) | CONTINUING STATUS CONFERENCE | |
| v. ) | DATE | |
| ) | | |
| EMIL VLADIMIROV BABADJOV ) | **Current Hearing Date:** | **August 21, 2017** |
| ) | Time: | 1:00 pm |
| ) | Judge: | Mag. Oberto |
| Defendants. ) | | |
| ) | | |
| _____) | **Proposed Hearing Date:** | **September 5, 2017** |
| | Time: | 1:00 pm |

The parties hereby agree and stipulate that the status conference date, currently set for August 21, 2017, may be continued to September 5, 2017 at 1:00 p.m. for a status conference before Magistrate Judge Oberto.  Mr. Babadjov is in custody.

  The parties request a continuance of the status date to facilitate further negotiations and resolution of factual issues. The parties represent that good cause exists for the filing of this request today, because despite its best efforts, the government was working on a large indictment this week and was unable to request a continuance by this Thursday.

\\
\\

The parties stipulate and agree that the ends of justice served by granting an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)

IT IS SO STIPULATED.

Dated:  August 18, 2017  　　　　　　　　　　_____/s/ _____

　　　　　　　　　　　　　　　　　　　　　　JOANNA P. SHERIDAN

　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Emil Babadjov


　　　　　　　　　　　　　　　　　　　　　　 PHILLIP A. TALBERT

　　　　　　　　　　　　　　　　　　　　　　United States Attorney


Dated:  August 18, 2017　　　　　　　　　　_____/s/_____

　　　　　　　　　　　　　　　　　　　　　　GRANT B. RABENN

　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

The parties' request for a continuance of the status conference is DENIED. The parties are cautioned that a request for continuance must be supported by good cause, and shall include a detailed explanation demonstrating due diligence, including a description of what actions have been undertaken and what further actions are needed, to move the case forward. A request for continuance in a seven month old case based solely on the need to engage in further negotiations is insufficient to constitute good cause.

IT IS SO ORDERED.

Dated:  **August 18, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE