**JOANNA P. SHERIDAN (CA SBN 260090)**
**LAW OFFICES OF DOUGLAS L RAPPAPORT**
260 California Street, Suite 1002
San Francisco, CA 94111
Telephone: (415) 989-7900

Attorney for Defendant
**EMIL BABADJOV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00204 LJO |
| Plaintiff, | **SENTENCING MEMORANDUM** |
| v. | Date: January 16, 2018 |
| EMIL BABADJOV, | Time: 8:30 AM |
| Defendant. | Dept: 4 |
| _____/ | |

TO THE UNITED STATES OF AMERICA, PLAINTIFF, TO GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY, AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**INTRODUCTION**

On the 16th day of January, 2018 at 8:30 a.m., defendant EMIL BABADJOV will come before Honorable Chief United States District Judge O'Neill for sentencing, having been convicted by guilty plea on October 16, 2017 of a violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)©, distribution of a controlled substance. At the time of sentencing, Mr. Babadjov will ask the Court to impose a custodial sentence of 70 months and to recommend that the Bureau of Prisons place him in a facility where he can participate in the residential substance abuse program as defined in 18 U.S.C.§

3621(e)(5)(A). Probation Officer Natalie Flores also recommends a custodial sentence of 70 months, having determined that the applicable Offense Level is 27 and Mr. Babadjov's criminal history category is 1. AUSA Grant Rabenn by plea agreement will recommend the low end of the applicable guideline range, as determined by the Court.

## POINTS, AUTHORITIES AND ARGUMENT

Given this Court's considerable discretion at sentencing (*Gall v. United States,* 552 U.S. 38 (2007)), Mr. Babadjov would like to draw the Court's attention to facts and circumstances indicating that a custodial sentence of 70 months with recommended participation in the residential substance abuse program is sufficient but not greater than necessary to achieve the statutory objectives of sentencing. 18 U.S.C § 3553(a); *Rita v. United States*, 551 U.S. 338, 347 (2007).

The history and circumstances of Emil Babadjov's life, leading up to his acceptance of responsibility for selling controlled substances over the course of 13 months on the dark web site Alpha Bay, show that drug addiction knows no bounds. Although he grew up in a loving and supportive family, graduated from the University of California Santa Barbara with a bachelor's degree in economics and initially had a successful career path, by the fall of 2016 Mr. Babadjov was living in a run down apartment in San Francisco's Tenderloin, injecting methamphetamine daily to stay awake and heroin to avoid the "deathly ill" feeling of withdrawal. (PSR ¶ 57). He walked away from his job as the chief executive officer of a start up (PSR ¶ 62) because his daily ambition centered only on getting more drugs (PSR ¶ 58). He maxed out his credit cards and took out numerous loans just to buy drugs, (PSR ¶ 65) and when his credit was tapped he started selling drugs on Alpha Bay to afford his own habit (PSR ¶ 21). Despite the best efforts of his parents and brother to figure out why Emil was so distant, he pushed his family away because he "didn't want them to see the track marks." (PSR ¶ 58).

After eight months in custody, with the fog of opiates finally lifted, Emil Babadjov realizes how dangerous his behavior was to himself and others. As reflected in his probation interview, he stated "I feel lucky that I got caught before I killed myself" (PSR ¶ 21) and "I don't want to hurt my

family or others. I don't want to live day-to-day as I have been living. I want to be someone my family can be proud of." (PSR ¶ 21). Mr. Babadjov admits he is an addict and needs help to maintain his abstinence in the future, as is reflected in his request not only to be placed in residential drug treatment while in custody, but also in mental health treatment while on supervised release in order to determine whether he suffers from any cognitive issues related to addiction (PSR ¶ 53, 59).

For a young man with no prior convictions, who sees the harm he has caused and is asking for help to avoid relapse in the future, the imposition of a 70-month custodial sentence is sufficient but not greater than necessary to achieve the statutory purposes of sentencing. Mr. Babadjov stipulated to the amount of controlled substances involved in his course of criminal conduct and the applicable Offense Level is 27. He was a one-man operation and there are no applicable factors that would warrant a sentence outside the guideline range. The United States seeks a sentence at the low end of the guideline range, which in this case is 70 months. On the basis of these facts and circumstances, Mr. Babadjov joins in the request by the United States and asks that the Court impose the sentence as recommended in the Presentence Investigation Report in this matter.

Respectfully submitted this 5th day of January, 2017

By:    /s/
**JOANNA P. SHERIDAN**
Attorney for Defendant
**EMIL BABADJOV**