HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
JAYA C. GUPTA, CA SBN #312138
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
EMIL VLADIMIROV BABADJOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:16-cr-00204 NONE-SKO-1 |
| Plaintiff, | **STIPULATION FOR BRIEFING SCHEDULE;  ORDER** |
| vs. | |
| EMIL VLADIMIROV BABADJOV, | |
| Defendant. | |

On May 22, 2020, this Court instructed counsel to confer and attempt to stipulate to a briefing schedule within five days. (ECF No. 41.) **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney GRANT RABENN, counsel for the plaintiff, and Assistant Federal Defender JAYA GUPTA, counsel for defendant EMIL VLADIMIROV BABADJOV, that the briefing schedule be set as follows:

//

//

//

//

//

//

//

**June 26, 2020**:   Defendant's Supplement to his Motion for Compassionate Release

**July 6, 2020**:   Government's Response

**July 13, 2020**:   Defendant's Reply

        McGREGOR W. SCOTT
        United States Attorney

Dated:  May 26, 2020   /s/ *Grant Rabenn*
        GRANT RABENN
        Assistant United States Attorney
        Attorney for Plaintiff


        HEATHER E. WILLIAMS
        Federal Defender

Dated:  May 26, 2020   /s/ *Jaya C. Gupta*
        JAYA C. GUPTA
        Assistant Federal Defender
        Attorney for Defendant
        EMIL VLADIMIROV BABADJOV

**O R D E R**

**IT IS SO ORDERED**, the above briefing schedule is granted.

IT IS SO ORDERED.

Dated:   **May 26, 2020**         *Dale A. Drozd*
        UNITED STATES DISTRICT JUDGE