*United States v. Emil Babadjov*

Case No. 1:16-cr-00204

Exhibit B

| | |
|---|---|
| 1 | HEATHER E. WILLIAMS (SBN 122664) |
| | Federal Defender |
| 2 | JAYA C. GUPTA (SBN 312138) |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Facsimile: (559) 487-5950 |

Attorneys for Defendant
EMIL VLADIMIROV BABADJOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:16-cr-00204-LJO-1 |
| Plaintiff, | DECLARATION OF JAYA C. GUPTA IN SUPPORT OF SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) |
| v. | |
| CURTIS DOYLE GEAN, | |
| Defendant. | |

I, JAYA C. GUPTA, declare as follows:

1.  I am an Assistant Federal Defender employed the Office of the Federal Defender for the Eastern District of California, and a member of the State of Bar of California in good standing. I am the attorney responsible for representing Mr. Emil Babadjov in his Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

2.  In my communications with Mr. Babadjov, Mr. Babadjov informed me that he currently resides in Unit M at USP Lompoc, where approximately 200 other prisoners are confined two apiece to cells that have open bars on one side. Each cell has a bunk bed, and so prisoners in each cell are sleeping within 2-3 feet of each other. There is a toilet per cell. The 200

**EXHIBIT B-1**

prisoners in Unit M share 8 showers, which they are only allowed to use three times a week. Prisoners have a single set of clothes and laundry is done in M unit once a week.

3. Prisoners are confined to their cells for nearly the entirety of the day, and are not allowed to leave to isolate themselves, get fresh air, or exercise. Prisoners are only allowed outside those cells three times a week for approximately an hour to shower and to communicate with the outside world. The ventilation in Unit M is poor, and Mr. Babadjov believes that he is breathing in the air and respiratory droplets of other prisoners housed in that unit. Prisoners are only given unsoiled masks every few weeks. Prisoners in Unit M, however, do not wear their masks. Orderlies who serve meals do not wear gloves or other PPE while doing their jobs. BOP has not provided Mr. Babadjov with hand sanitizer, towels, or cleaning supplies,  Instead, BOP only provides a single bar of lye soap once a week. Unit M is also not being disinfected.

4. Prison staff who enter Unit M do so without wearing masks or other PPE. A staff member told Mr. Babadjov that they are not being tested to ensure that they are not bringing the virus into the facility. This is because BOP has decided to make staff members pay out of their own pockets for testing and staff members have chosen not to incur this expense.

5. Even though Unit M is supposed to be a "clean" unit housing prisoners who have tested negative for the virus, Unit M previously housed prisoners who had COVID-19 and was not disinfected or cleaned before prisoners who had tested negative were moved in.

6. Before he was moved to Unit M, Mr. Babadjov was housed in Unit I where he witnessed his neighboring inmate, who suffers from chronic obstructive pulmonary disorder, put in five requests in a week to be seen because he was experiencing chest pain. Despite his chest pain and his COPD, this person was not seen by medical staff all time that Mr. Babadjov was in Unit I. He also witnessed another inmate suffering from a bulging hernia remain unseen and untreated despite repeated requests for medical care.

7. Mr. Babadjov has long suffered from sciatic nerve pain. Before the outbreak of COVID-19, it was three months before Mr. Babadjov was seen for that pain by a nurse. That nurse was supposed to order an x-ray, but never did. Mr. Babadjov has put in another request to be seen for his chronic pain, but has received no response to date. The last few times that Mr.

**EXHIBIT B-2**

1  Babadjov weighed himself were at the beginning of 2020 and he weighed from 205 to 210 lbs.

2        8.      After incurring a disciplinary infraction, Mr. Babadjov was expelled from aftercare after completing the Residential Drug Abuse Program. Mr. Babadjov has appealed his expulsion because he would like to continue treatment to the extent he remains in custody. If he is released, he plans to continue counseling and treatment by attending Narcotic Anonymous meetings near his parents' home in Tujunga, California, and by attending outpatient treatment through Klean Treatment Centers.

      I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct, and as to other matters, I believe them to be true and correct.

Dated: June 26, 2020                    */s/ Jaya C. Gupta*
                                                 JAYA C. GUPTA
                                                 Assistant Federal Defender

                                                 Attorneys for Defendant
                                                 EMIL VLADIMIROV BABADJOV

**EXHIBIT B-3**