HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
JAYA C. GUPTA, State Bar No. 312138
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
EMIL BABADJOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>EMIL BABADJOV,<br><br>             Defendant. | Case No.  1:16-cr-00204-LJO-1<br><br>NOTICE OF FILING EXHIBIT A TO SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) **UNDER SEAL**<br><br>JUDGE:  Hon. Dale A. Drozd |

**NOTICE IS HEREBY GIVEN** that defendant hereby attaches and files, ***under seal***, Exhibit A to the Supplement to Emil Babadjov's Motion for Compassionate Release.  Good cause exists to seal the document at issue because it contains confidential medical and personal identifying information.

 Dated: June 26, 2020

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Jaya C. Gupta*
                                              JAYA C. GUPTA
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              EMIL BABADJOV