# Exhibit 1

```
WXRAR                       *     PUBLIC INFORMATION     *       05-22-2020
PAGE 001                    *        INMATE DATA         *        14:24:19
                                   AS OF 05-22-2020

REGNO..: 23950-111 NAME: BABADJOV, EMIL VLADIMIR

                           RESP OF: LOM
                           PHONE..: 805-735-2771   FAX: 805-736-1292
                                                   RACE/SEX...: WHITE / MALE
                                                   AGE:  35
PROJ REL MT: 3621E COND                            PAR ELIG DT: N/A
PROJ REL DT: 02-12-2021                            PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

REGNO..: 23950-111 NAME: BABADJOV, EMIL VLADIMIR

                    RESP OF: LOM
                    PHONE..: 805-735-2771    FAX: 805-736-1292
HOME DETENTION ELIGIBILITY DATE: 08-12-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-12-2021 VIA 3621E COND

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: CALIFORNIA, EASTERN DISTRICT
DOCKET NUMBER..................: 1:16CR00204-001
JUDGE..........................: O'NEILL
DATE SENTENCED/PROBATION IMPOSED: 01-16-2018
DATE COMMITTED.................: 02-16-2018
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  380     21:841 SCH I NARCOTIC
OFF/CHG: 21:841(A)(1) AND 841(B)(1)(C) DISTRIBUTION OF A CONTROLLED
         SUBSTANCE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    70 MONTHS
 TERM OF SUPERVISION............:    36 MONTHS
 DATE OF OFFENSE................: 12-14-2016




G0002       MORE PAGES TO FOLLOW . . .

REGNO..: 23950-111 NAME: BABADJOV, EMIL VLADIMIR

                     RESP OF: LOM
                     PHONE..: 805-735-2771   FAX: 805-736-1292
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-30-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-20-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-16-2018
TOTAL TERM IN EFFECT............:    70 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS     10 MONTHS
EARLIEST DATE OF OFFENSE........: 12-14-2016

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    12-14-2016   12-16-2016
                                    01-03-2017   04-17-2017
                                    05-01-2017   01-15-2018

TOTAL PRIOR CREDIT TIME.........: 368
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 273
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 02-12-2022
TWO THIRDS DATE.................: 12-03-2020
EXPIRATION FULL TERM DATE.......: 11-12-2022
TIME SERVED.....................:     3 YEARS      4 MONTHS     10 DAYS
PERCENTAGE OF FULL TERM SERVED..: 57.5
PERCENT OF STATUTORY TERM SERVED: 66.0




G0002        MORE PAGES TO FOLLOW . . .

```
WXRAR                   *       PUBLIC INFORMATION     *       05-22-2020
PAGE 004 OF 004   *          INMATE DATA               *       14:24:19
                          AS OF 05-22-2020
```
Case 1:16-cr-00204-LJO-SKO   Document 48-1   Filed 07/06/20   Page 5 of 9

```
REGNO..: 23950-111 NAME: BABADJOV, EMIL VLADIMIR

                    RESP OF: LOM
                    PHONE..: 805-735-2771    FAX: 805-736-1292

PROJECTED SATISFACTION DATE.....: 02-12-2021
PROJECTED SATISFACTION METHOD...: 3621E COND




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

# Exhibit 2

# SEALED PURSUANT TO RULE 141

# Exhibit 3

```
REGISTER NO: 23950-111 NAME..: BABADJOV, EMIL VLADIMIR
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-22-2020
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3378809 - SANCTIONED  INCIDENT DATE/TIME: 03-11-2020 1245
DHO HEARING DATE/TIME: 03-25-2020 1139            DHO REPT DEL: 03-26-2020 1300
FACL/CHAIRPERSON.....: LOF/MC ILRATH
REPORT REMARKS.......: PLED GUILTY TO USE OF NARCOTICS (BUPRENORPHINE/
                       NORBUPRENORPHINE)
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DDB
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   IN ACCORDANCE WITH PLRA SENTENCING GUIDELINES
        DS         / 60 DAYS / CS
                   FROM: 03-25-2020  THRU: 05-23-2020
        COMP:    LAW:    DISCIPLINARY SEGREGATION
        LP COMM    / 90 DAYS / CS
                   FROM: 03-25-2020  THRU: 06-22-2020
        COMP:    LAW:    LOSS OF PRIVILEGE - COMMISSARY
        LP PHONE   / 90 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    LOSS OF PRIVILEGE - TELEPHONE
        LP VISIT   / 1 YEARS / CS
                   FROM: 03-25-2020  THRU: 03-24-2021
        COMP:    LAW:    LOSS OF PRIVILEGE - VISITING
                         ALL SOCIAL VISITS
        LP VISITRS / 1 YEARS / CS
                   FROM: 03-25-2021  THRU: 03-24-2022
        COMP:    LAW:    LOSS OF PRIVILEGE - VISITORS
                         RESTRICTED TO IMMEDIATE FAMILY ONLY
        MON FINE   / 25.00 DOLLARS / CS
        COMP:    LAW:    REITERATE SERIOUSNESS OF OFFENSE AND TO DETER ANY
                         FUTURE SIMILAR ACTIVITIES




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```