MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMIL VLADIMIROV BABADJOV, <br><br> Defendant. | CASE NO. 1:16-CR-00204-NONE-SKO <br><br> NOTICE OF REQUEST TO SEAL EXHIBIT 2 OF THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Grant B. Rabenn, provides notice that it is requesting to file under seal: Exhibit 2 of the Government's Opposition to Defendant's Motion for Compassionate Release. Based upon the concerns articulated in the Government's Request to Seal Documents, the Government respectfully requests that these documents remain under seal until further Order of the Court.

The aforementioned documents were emailed to the Court and defense counsel on July 6, 2020.

Dated: July 6, 2020
                                                MCGREGOR W. SCOTT
                                                United States Attorney

By: /s/ *Grant B. Rabenn*
      GRANT B. RABENN
      Assistant United States Attorney