HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-00204-LJO-SKO |
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| EMIL VLADIMIROV BABADJOV, | ) ) | |
| *Defendant.* | ) ) ) | |

    Defendant, Emil Vladimirov Babadjov, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

    On January 16, 2018, Mr. Babadjov was sentenced to 70 months in custody followed by 36 months of supervised release. He began serving his term of supervised release on February 11, 2022.

    Mr. Babadjov submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. Therefore, after reviewing Mr. Babadjov Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: February 1, 2024                */s/ Eric V Kersten*
                                                   ERIC V. KERSTEN
                                                   Assistant Federal Defender
                                                   Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **February 1, 2024**        /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE