1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| UNITED STATES OF AMERICA, | ) | Case №: 1:16-CR-00204-1-LJO-SKO |
|---|---|---|

9

Plaintiff,                                )            **O R D E R**
                                                 )      **APPOINTING COUNSEL**

10

vs.                                            )

11

EMIL VLADIMIROV BABADJOB,    )

12

Defendant.                             )

13
14

The above named Defendant has, under oath, sworn or affirmed as to his financial

15

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16

obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17

justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18

IT IS HEREBY ORDERED that Mai Shawwa be appointed to represent the above

19
20

defendant in this case for seeking Early Termination of Supervised Release, effective *nunc pro*

*tunc* to February 1, 2024.

21
22

This appointment shall remain in effect until further order of this court.

23
24

IT IS SO ORDERED.

25

Dated:   **February 8, 2024**            /s/ *Barbara A. McAuliffe*

26

UNITED STATES MAGISTRATE JUDGE

27
28